| | |
|---|---|
| 1 | COOLEY LLP |
| | WILLIAM P. DONOVAN, JR. (SBN 155881) |
| 2 | (wdonovan@cooley.com) |
| | 1333 2nd Street, Suite 400 |
| 3 | Santa Monica, CA   90401 |
| | Telephone:   (310) 883-6400 |
| 4 | Facsimile:    (310) 883-6500 |
| 5 | Attorneys for Defendant |
| | URBANI TRUFFLES USA, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY SCHIFFMAN and ANTHONY WILLIAMS, on behalf of themselves and all others similarly situated, | Case No. 2:17-cv-00935-TLN-CKD |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)** |
| v. | Complaint served: May 11, 2017 |
| URBANI TRUFFLES USA, INC., | Current response date: June 1, 2017 |
| | New response date: June 29, 2017 |
| Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING DEFENDANT'S
TIME TO RESPOND TO COMPLAINT
2:17-CV-00935-TLN-CKD

**STIPULATION**

Pursuant to Civil Local Rule 144, Plaintiffs Jay Schiffman and Anthony Williams ("Plaintiffs") and Defendant Urbani Truffles USA, Inc. ("Defendant"), by and through their undersigned attorneys, hereby stipulate as follows:

1. Plaintiffs served Defendant with the summons and complaint in this civil action on May 11, 2017.

2. Defendant's response to the Complaint is currently due on June 1, 2017.

3. Plaintiffs and Defendant hereby stipulate and agree that good cause exists to extend Defendant's deadline to answer, move, or otherwise respond to the Complaint 28 days, to and including June 29, 2017.

4. No prior extensions have been sought and the total extension of time sought by Defendant to respond to the Complaint is not more than 28 days.

**SO STIPULATED.**

Dated: May 26, 2017        BURSOR & FISHER P.A.

/s/ *L. Timothy Fisher* (as authorized on 5/26/17)
    L. Timothy Fisher

L. Timothy Fisher (SBN 191626)
Joel D. Smith (SBN 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:   (925) 300-4455
Facsimile:    (925) 407-2700
ltfisher@bursor.com
jsmithbursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (SBN 276006)
888 Seventh Avenue
New York, NY 10019
Telephone:   (212) 989-9113
Facsimile:    (212) 989-9163
scott@bursor.com

*Attorneys for Plaintiffs*
JAY SCHIFFMAN and ANTHONY WILLIAMS

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION EXTENDING DEFENDANT'S
TIME TO RESPOND TO COMPLAINT
2:17-CV-00935-TLN-CKD

| | |
|---|---|
| Dated: May 26, 2017 | COOLEY LLP |

*/s/ William P. Donovan, Jr.*
William P. Donovan, Jr.

William P. Donovan, Jr. (SBN 155881)
1333 2nd Street, Suite 400
Santa Monica, CA   90401
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500
wdonovan@cooley.com

*Attorneys for Defendant*
URBANI TRUFFLES USA, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

**STIPULATION EXTENDING DEFENDANT'S
TIME TO RESPOND TO COMPLAINT
2:17-CV-00935-TLN-CKD**