UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY SCHIFFMAN and ANTHONY WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>URBANI TRUFFLES USA, INC.,<br><br>Defendant. | Case No. 2:17-cv-00935-TLN-CKD<br><br>**ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Complaint served: May 11, 2017<br>Current response date: June 29, 2017<br>New response date: July 20, 2017 |

Plaintiffs Jay Schiffman and Anthony Williams ("Plaintiffs") and Defendant Urbani Truffles USA, Inc. ("Urbani") filed a Stipulation to Extend The Time to Respond to Plaintiffs' Complaint.

Having reviewed the Stipulation, and good cause appearing therefor, the Court hereby GRANTS the stipulation and orders that Urbani Truffles USA, Inc. has until and including **July 20, 2017** to answer, move or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: June 23, 2017

Troy L. Nunley
United States District Judge